CITY BANK FARMERS TRUST COMPANY, as Trustee under Deed of Trust Made by MARSTON T. MILLER, Dated August 2, 1926, Respondent, v. MARSTON T. MILLER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

ELIZABETH JOHNSON, Plaintiff, v. THE CITY OF NEW YORK, Respondent, Impleaded with COBHAM REALTY CORPORATION, Defendant, and CLARENCE L. SMITH, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

GIOVANNI B. DIOGUARDI, as President of International Hod Carriers' Building and Common Laborers' Union of America, Local No. 10, Appellant, v. JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.; Martin, J., dissents and votes to reverse and grant the motion.

RUTH NELSON, Respondent, v. SAMUEL KLEIN, Appellant.— Order so far as appealed from modified by granting items 4, 5 and 6, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of WYCKDALE CORPORATION, Appellant, for Permission to Inspect the Papers and Records in the Office of the Board of Transportation of the City of New York, Respondent.— Order so far as appealed from modified by striking out provision requiring petitioner to pay $100 for expenses in connection with examination of records and the provision requiring payment of the service of the section engineer for supervising inspection, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

HERBERT S. LONG and C. HOWARD VANNEMAN, as Trustees, etc., of ISAAC S. LONG, Deceased, Respondents, v. JOSEPH E. DAVIES and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the CITY SERVICE MUTUAL CASUALTY CORPORATION. JAMES A. BEHA, as Superintendent of Insurance of the State of New York, as Liquidator of the CITY SERVICE MUTUAL CASUALTY CORPORATION, Appellant; EMIL H. REICHMAN, Attorney for WOLF ELLEIN, Claimant, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion in all respects denied, upon the ground that the court should have provided for some notice to the owner of the claim. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MAX LEHMAN, Respondent, for an Order Directing an Arbitration to Proceed with WALTER G. OSTROVSKY and ALL-ASIA PRODUCTS CORPORATION. ALL-ASIA PRODUCTS CORPORATION, Appellant.* — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.; Finch, P. J., and Untermyer, J., dissent and vote to reverse and deny the motion.

* Revd., 264 N. Y. 130.